```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 18938
    LAWRENCE COPPOLINO
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-8626

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/13/2004 and was confirmed 07/28/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  17.98% from remaining funds.

     The case was paid in full 08/20/2007.
------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
BANK ONE                    SECURED             4000.00        111.90        4000.00
LASALLE NATIONAL BANK       CURRENT MORTG          .00            .00            .00
LASALLE NATIONAL BANK       CURRENT MORTG          .00            .00            .00
RESURGENT CAPITAL SERVIC    UNSECURED OTH       645.35            .00         116.01
ECAST SETTLEMENT CORP       UNSECURED          1236.57            .00         222.31
BUREAU OF COLLECTION REC    UNSECURED         NOT FILED          .00            .00
BUREAU OF COLLECTION REC    NOTICE ONLY       NOT FILED          .00            .00
CARSON PIRIE SCOTT          UNSECURED           353.00            .00          63.46
CREDIT BUREAU ENTERPRISE    UNSECURED         NOT FILED          .00            .00
CBE GROUP                   NOTICE ONLY       NOT FILED          .00            .00
B-LINE LLC                  FILED LATE        10243.20            .00            .00
CORPORATE RECEIVABLES       UNSECURED         NOT FILED          .00            .00
CORPORATE SVCSINC           NOTICE ONLY       NOT FILED          .00            .00
CREDIT COUNSELORS           UNSECURED         NOT FILED          .00            .00
CREDIT COUNSELING FOUNDA    NOTICE ONLY       NOT FILED          .00            .00
ROUNDUP FUNDING LLC         UNSECURED          3131.19            .00         562.92
FINANCIAL ASSET MANAGEME    NOTICE ONLY       NOT FILED          .00            .00
FINANICAL RECOVERY SERVI    UNSECURED         NOT FILED          .00            .00
FINANCIAL ASSET MANAGEME    NOTICE ONLY       NOT FILED          .00            .00
ROUNDUP FUNDING LLC         UNSECURED          5828.22            .00        1047.77
HOME DEPOT CREDIT SERVIC    UNSECURED         NOT FILED          .00            .00
RETAILERS NATIONAL BANK     UNSECURED           462.06            .00          83.07
ROUNDUP FUNDING LLC         UNSECURED           938.86            .00         168.79
NATIONWIDE CREDIT           NOTICE ONLY       NOT FILED          .00            .00
ROUNDUP FUNDING LLC         UNSECURED          4394.76            .00         790.08
NCB MANAGEMENT SVCS         NOTICE ONLY       NOT FILED          .00            .00
NCO FINANCIAL SYSTEMS       UNSECURED         NOT FILED          .00            .00
NCO FINANCIAL SYSTEMS       NOTICE ONLY       NOT FILED          .00            .00
NCO FINANCIAL SYSTEMS IN    UNSECURED         NOT FILED          .00            .00
NCO FINANCIAL SYSTEMS       NOTICE ONLY       NOT FILED          .00            .00
AMERICAN EXPRESS TRAVEL     UNSECURED          8127.48            .00        1461.13
NCO FINANCIAL SYSTEMS       NOTICE ONLY       NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 18938 LAWRENCE COPPOLINO
```

```
AMERICAN EXPRESS TRAVEL    UNSECURED         896.84            .00          161.23
NCO FINANCIAL SYSTEMS      NOTICE ONLY    NOT FILED            .00             .00
PROGRESSIVE MANAGEMENT S   UNSECURED      NOT FILED            .00             .00
PROGRESSIVE MANAGEMENT S   NOTICE ONLY    NOT FILED            .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED         216.30            .00           38.88
BANK ONE                   UNSECURED        4720.06            .00          848.56
INTERNAL REVENUE SERVICE   PRIORITY         1694.35            .00         1694.35
INTERNAL REVENUE SERVICE   UNSECURED         457.48            .00           82.25
ILLINOIS DEPT OF REVENUE   UNSECURED            .00            .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     1,405.50                        1,405.50
TOM VAUGHN                 TRUSTEE                                           641.79
DEBTOR REFUND              REFUND                                            430.00

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              13,930.00

PRIORITY                                    1,694.35
SECURED                                     4,000.00
     INTEREST                                 111.90
UNSECURED                                   5,646.46
ADMINISTRATIVE                              1,405.50
TRUSTEE COMPENSATION                          641.79
DEBTOR REFUND                                 430.00
                    ---------------      ---------------
TOTALS               13,930.00             13,930.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 11/29/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE